IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DOMMINIQUE ADAMS | § | |
| VS. | § | CIVIL ACTION NO. 1:21cv299 |
| BRYAN COLLIER | § | |

MEMORANDUM OPINION AND ORDER

This case was filed in the 87th District Court of Anderson County, Texas. It was removed to this court pursuant 28 U.S.C. § 1441(a). The lawsuit involved events which occurred at the Michael Unit of the Texas Department of Criminal Justice, Correctional Institutions Division. The Michael Unit is located in Anderson County.

Pursuant to 28 U.S.C. § 124, Anderson County is located in the Tyler Division of this court. As this case was originally filed in a state court in Anderson County, and as the case involves events which occurred in Anderson County, the court is of the opinion this matter should be transferred to the Tyler Division of this court.

ORDER

For the reasons set forth above, it is **ORDERED** that this matter is transferred to the Tyler Division of this court.

**SIGNED this the 6th day of July, 2021.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE